JOSEPH BASILE, Appellant, v. ANDREA E. RESLER, an Infant, by Her Guardian ad Litem, ELEANOR T. RESLER, et al., Respondents.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

PATRICIA A. VANDENBERG, an Infant, by FRANK VANDENBERG, Her Guardian ad Litem, Respondent, v. ERIE RAILROAD COMPANY, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

BEATRICE VANDENBERG, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Same decision and like cause of action as in companion case of *Vandenberg* v. *Erie R. R. Co.* (14 A D 2d 992).

FRANK VANDENBERG, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Same decision and like cause of action as in companion case of *Vandenberg* v. *Erie R. R. Co.* (14 A D 2d 992).

MARY J. TIRONE, Respondent, v. ROGER TIRONE, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GORDON GRAVES, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of LORETTA V. MAYCHOSS, Doing Business under the Name of MARTIN'S RESTAURANT, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.